AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Central District of California ▼

| | |
|---|---|
| Presidential Healthcare Credit Corporation ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. CV 18-9302-DMG (MRWx) |
| White Rabbit Partners, Inc et al ) | |
| *Defendant* ) | 19-mc-144 |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 5-15-2019.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 7-24-2019

CLERK OF COURT

Deret Davis

*Signature of Clerk or Deputy Clerk*

JUL 25 2019

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESIDENTIAL HEALTHCARE CREDIT CORPORATION, a Georgia corporation, Plaintiff,<br>v.<br>WHITE RABBIT PARTNERS, INC., a Delaware corporation, KLEAN W. HOLLYWOOD LLC, a California limited liability company, KLEAN LONG BEACH, WA, LLC, a Washington limited liability company, KLEAN ASTORIA-OR, LLC, an Oregon limited liability company, LA PINE KTC, LLC, an Oregon limited liability company, PORTLAND IOP, LLC, an Oregon limited liability company, KLEAN PHYSICIANS GROUP, LLC, a Washington limited liability company, KPG OREGON, LLC, an Oregon limited liability company, KPG ASTORIA LLC, an Oregon limited liability company, KPG CALIFORNIA, LLC, a California limited liability company, WHITE RABBIT PARTNERS, LLC (NV), a Nevada limited liability company, WHITE RABBIT PARTNERS, LLC (CA), a California limited liability company, WELL IN MIND, a California nonprofit corporation, ANDREW SPANSWICK, an individual, ALAN JASON COE, an individual, MARK HONZEL, an individual, and THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, an Indiana Domestic Insurance Corporation, Defendants. | Case No.: CV 18-9302-DMG (MRWx)<br><br>**STIPULATED JUDGMENT [92]**<br><br>JS-6 |

1  Upon consideration of the Settlement Agreement and Mutual Release (the
2  "Settlement Agreement") entered into by, and among, Presidential Healthcare
3  Credit Corporation ("PHCC" or "Plaintiff"), a Georgia corporation, and White
4  Rabbit Partners, Inc., a Delaware corporation, Klean W. Hollywood LLC, a
5  California limited liability company, Klean Long Beach, WA, LLC, a Washington
6  limited liability company, Klean Astoria-OR, LLC, an Oregon limited liability
7  company, La Pine KTC, LLC, an Oregon limited liability company, Portland IOP,
8  LLC, an Oregon limited liability company, Klean Physicians Group, LLC, a
9  Washington limited liability company, KPG Oregon, LLC, an Oregon limited
10 liability company, KPG Astoria LLC, an Oregon limited liability company, and
11 KPG California, LLC, a California limited liability company, (collectively, the
12 "Borrowers"), Andrew Spanswick, Alan Jason Coe, Mark R. Honzel (the
13 "Individual Guarantors"), and Well In Mind, a California nonprofit corporation
14 White Rabbit Partners, LLC, a Nevada, Limited Liability Company and White
15 Rabbit Partners, LLC, a California Limited Liability Company, (the "Corporate
16 Guarantors" and collectively, with the Individual Guarantors the "Guarantors,"
17 and the Borrowers and the Guarantors, collectively, the "Defendants,") and the
18 Declaration in Support of Entry of Stipulated Judgment submitted by Plaintiff,
19 which Declaration was filed on May 10, 2019, and states that Plaintiff has not
20 received the "Settlement Payment" as defined in the Settlement Agreement by the
21 due date of May 8, 2019, JUDGMENT IS HEREBY ENTERED IN FAVOR OF
22 PLAINTIFF AND AGAINST DEFENDANTS, JOINTLY AND SEVERALLY,
23 AS FOLLOWS:

24  Defendants are jointly and severally liable to Plaintiff and shall pay
25 Plaintiff the total amount of $6,531,080.04 (the "Judgment Amount"), which is
26 comprised of the following amounts:

27  The amount of $6,553,323.49 in principal, attorneys' fees and costs
28 incurred by Plaintiff in seeking to enforce the Notes (as defined in the Settlement

2

1 Agreement) executed by Defendants in favor of Plaintiff through March 15, 2019,
2 and interest thereon through February 28, 2019 owed under the Notes, less
3 $22,243.45 in accounts receivable collections received by Plaintiff during
4 the Settlement Period as defined in the Settlement Agreement.

5 On or after May 9, 2019, Plaintiff is entitled to immediately surrender the
6 Lincoln National Life Insurance Policy (the "Lincoln National Policy") issued to
7 Defendant Alan J. Coe and to receive the cash surrender value of the Policy from
8 Defendant Lincoln National Life Insurance Company ("Lincoln National").
9 Lincoln National is hereby ordered to pay the cash surrender value of the Lincoln
10 National Policy to Plaintiff. The Judgment Amount shall be reduced by the
11 Lincoln National Policy cash surrender value when such amount is actually
12 received by Plaintiff.

13   IT IS SO ORDERED.

15 DATED: May 15, 2019

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

3

**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| PRESIDENTIAL HEALTHCARE CREDIT CORPORATION,<br><br>Plaintiff,<br><br>-v-<br><br>WHITE RABBIT PARTNERS, INC et al<br><br>Defendant, | Case No:  19mc144 |

TO THE CLERK:

Kindly enter our appearance on behalf of Plaintiff Presidential Healthcare Credit Corp in the above matter.

PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP

Respectfully Submitted

*/s/ Gaetan J. Alfano*
Gaetan J. Alfano, Esq
PA. I.D. # 32971
Richard J. Parks, Esq
PA. I.D. #40477
PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP
1818 Market Street, Suite 3402
Philadelphia, PA 19103
gja@pietragallo.com
rjp@pietragallo.com

Date: 7/25/2019

## CERTIFICATE OF SERVICE

I, Gaetan J. Alfano, Esquire, hereby certify that on this date a true and correct copy of the foregoing **Entry of Appearance** was submitted to the Clerk's Office accompanying Form AO 451 for the Registration of a Judgment from another District for filing on the Court's Electronic Filing System to the following:

Respectfully Submitted

*/s/ Gaetan J. Alfano*
Gaetan J. Alfano, Esq
PA. I.D. # 32971
Richard J. Parks, Esq
PA. I.D. #40477
PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP
1818 Market Street, Suite 3402
Philadelphia, PA 19103

#4929664/1