IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PRESIDENTIAL HEALTHCARE CREDIT CORPORATION,<br><br>Plaintiff,<br><br>-v-<br><br>WHITE RABBIT PARTNERS, INC et al<br><br>Defendant,<br><br>-v-<br><br>THE VANGUARD GROUP, INC. et al<br><br>Garnishee, | CIVIL DIVISION<br><br>Case No: 19-mc-144 |

## MOTION FOR SPECIAL APPOINTMENT TO SERVE PROCESS

Pursuant to Fed R. Civ. P. Rule 4(c) the Plaintiff in the above-captioned case hereby moves this Court to specially appointment Robert Bassler to serve the Writ of Execution and Interrogatories to Garnishee on Vanguard Group, Inc a/k/a Vantage Funds. and represents that:

1. Robert Bassler is not younger than 18 years of age;
2. Robert Bassler is not and will not be a party to this action; and
3. Granting the instant motion will effect substantial savings in time and/or travel fees of the United States Marshal.

Respectfully Submitted

*/s/ Richard J. Parks*
Gaetan J. Alfano, Esq
PA. I.D. # 32971
Richard J. Parks, Esq
PA. I.D. #40477
PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP
1818 Market Street, Suite 3402
Philadelphia, PA 19103
215-320-6200

Dated : July 26, 2019

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PRESIDENTIAL HEALTHCARE CREDIT CORPORATION,<br><br>Plaintiff,<br><br>-v-<br><br>WHITE RABBIT PARTNERS, INC et al<br><br>Defendant,<br><br>-v-<br><br>THE VANGUARD GROUP, INC. et al<br><br>Garnishee, | CIVIL DIVISION<br><br>Case No: 19-mc-144 |

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2019 the within MOTION FOR SPECIAL APPOINTMENT TO SERVE PROCESS was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those registered to receive CM/ECF notification including.

Respectfully Submitted

*Richard J. Parks*
Gaetan J. Alfano, Esq
PA. I.D. # 32971
Richard J. Parks, Esq
PA. I.D. #40477
PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP
1818 Market Street, Suite 3402
Philadelphia, PA 19103

4929136v1