# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PRESIDENTIAL HEALTHCARE CREDIT CORPORATION,<br><br>Plaintiff,<br><br>-v-<br><br>WHITE RABBIT PARTNERS, INC et al<br><br>Defendant,<br><br>-v-<br><br>THE VANGUARD GROUP, INC. et al<br><br>Garnishee, | CIVIL DIVISION<br><br>Case No: 19-mc-144 |

## ORDER

AND NOW, to-wit, this _____ day of _____, IT IS ORDERED that Robert Bassler will serve the Write of Execution and Interrogatories upon The Vanguard Group, Inc. in this action.

IT IS FURTHER ORDERED that proof of service shall be made by affidavit in accordance with Rule 4(g) of the Federal Rules of Civil Procedure.

FOR THE COURT

_____