# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PRESIDENTIAL HEALTHCARE CREDIT CORPORATION, | CIVIL DIVISION |
| Plaintiff, | Case No: 19-mc-144 |
| -v- | |
| WHITE RABBIT PARTNERS, INC et al | |
| Defendant, | FILED |
| -v- | JUL 2 6 2019 |
| THE VANGUARD GROUP, INC. et al | KATE BARKMAN, Clerk |
| Garnishee, | By_____ Dep. Clerk |

## ORDER

AND NOW, to-wit, this 26TH day of July, 2019, IT IS ORDERED that Robert Bassler will serve the Write of Execution and Interrogatories upon The Vanguard Group, Inc. in this action.

IT IS FURTHER ORDERED that proof of service shall be made by affidavit in accordance with Rule 4(g) of the Federal Rules of Civil Procedure.

FOR THE COURT

F. Del Camo, Deputy Clerk

KATE BARKMAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PRESIDENTIAL HEALTHCARE CREDIT CORPORATION,<br><br>Plaintiff,<br><br>-v-<br><br>WHITE RABBIT PARTNERS, INC et al<br><br>Defendant,<br><br>-v-<br><br>THE VANGUARD GROUP, INC. et al<br><br>Garnishee, | CIVIL DIVISION<br><br>Case No: 19-mc-144 |

### MOTION FOR SPECIAL APPOINTMENT TO SERVE PROCESS

Pursuant to Fed R. Civ. P. Rule 4(c) the Plaintiff in the above-captioned case hereby moves this Court to specially appointment Robert Bassler to serve the Writ of Execution and Interrogatories to Garnishee on Vanguard Group, Inc a/k/a Vantage Funds. and represents that:

1. Robert Bassler is not younger than 18 years of age;
2. Robert Bassler is not and will not be a party to this action; and
3. Granting the instant motion will effect substantial savings in time and/or travel fees of the United States Marshal.

Respectfully Submitted

*/s/ Richard J. Parks*
Gaetan J. Alfano, Esq
PA. I.D. # 32971
Richard J. Parks, Esq
PA. I.D. #40477
PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP
1818 Market Street, Suite 3402
Philadelphia, PA 19103
215-320-6200

Dated : July 26, 2019

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PRESIDENTIAL HEALTHCARE CREDIT CORPORATION,<br><br>Plaintiff,<br><br>-v-<br><br>WHITE RABBIT PARTNERS, INC et al<br><br>Defendant,<br><br>-v-<br><br>THE VANGUARD GROUP, INC. et al<br><br>Garnishee, | CIVIL DIVISION<br><br>Case No: 19-mc-144 |

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2019 the within MOTION FOR SPECIAL APPOINTMENT TO SERVE PROCESS was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those registered to receive CM/ECF notification including.

Respectfully Submitted

*Richard J. Parks*
Gaetan J. Alfano, Esq
PA. I.D. # 32971
Richard J. Parks, Esq
PA. I.D. #40477
PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP
1818 Market Street, Suite 3402
Philadelphia, PA 19103

4929136v1