IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PRESIDENTIAL HEALTHCARE CREDIT CORPORATION,<br>Plaintiff,<br>-v-<br>WHITE RABBIT PARTNERS, INC et al<br>Defendant,<br>-v-<br>THE VANGUARD GROUP, INC. et al<br>Garnishee, | CIVIL DIVISION<br>Case No: 19-mc-144 |

### RETURN OF SERVICE

I hereby certify and return that on the __5th__ day of __August__, 2019, at __435__ a.m/__p.m__. I served the Writ of Execution, original and two sets of Interrogatories and Notice and Claim of Exemption upon the following:

__MILES GILPIN, Legal Dept at Vanguard Group, Inc.__
Name of Individual and Company, Corporation, etc. Served

The Vanguard Group a/k/a Vanguard Funds
Name of Garnishee served

__100 Vanguard Blvd, Malvern PA 19355__
Address where service was made:

I hereby certify that I mailed copies of the Writ of Execution, Notice and Claim for Exemption to the Defendant at its last known address:

Mark R. Honzel
6431 W. Fifth Street
Los Angeles, CA 90048

On the __7th__ date of August.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT

By; _[signature]_
Signature of Process Server

__ROBERT BASSLER__
Typed or printed name of Process Server

__423 South 15 St. Phila, PA__
Typed or Printed address of Process Server.

4929136v1

**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| PRESIDENTIAL HEALTHCARE CREDIT CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　　　　-v-<br><br>WHITE RABBIT PARTNERS, INC et al<br><br>　　　　　　Defendant,<br><br>　　　　-v-<br><br>THE VANGUARD GROUP, INC. et al<br><br>　　　　　　Garnishee, | CIVIL DIVISION<br><br>Case No: 19-mc-144 |

## CERTIFICATE OF SERVICE

　　　　I hereby certify that on August 8, 2019 the within RETURN OF SERVICE was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those registered to receive CM/ECF notification including.

　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted

　　　　　　　　　　　　　　　　　　　　　　*Richard J. Parks*
　　　　　　　　　　　　　　　　　　　　　　Gaetan J. Alfano, Esq
　　　　　　　　　　　　　　　　　　　　　　PA. I.D. # 32971
　　　　　　　　　　　　　　　　　　　　　　Richard J. Parks, Esq
　　　　　　　　　　　　　　　　　　　　　　PA. I.D. #40477
　　　　　　　　　　　　　　　　　　　　　　PIETRAGALLO GORDON ALFANO
　　　　　　　　　　　　　　　　　　　　　　BOSICK & RASPANTI, LLP
　　　　　　　　　　　　　　　　　　　　　　1818 Market Street, Suite 3402
　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103

4943905v1