IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PRESIDENTIAL HEALTHCARE CREDIT CORPORATION,<br><br>            Plaintiff,<br>     -v-<br><br>WHITE RABBIT PARTNERS, INC et al<br><br>            Defendant,<br>     -v-<br><br>THE VANGUARD GROUP, INC.<br><br>            Garnishee, | CIVIL DIVISION<br><br>Case No: 19-mc-144 |

### NOTICE OF WITHDRAWAL OF WRIT OF GARNISHMENT

Plaintiff Healthcare Credit Corporation, by and through its undersigned counsel, hereby withdraws the Writ of Execution and Interrogatories in Attachment [ECF Doc. No. 5] previously filed and served upon The Vanguard Group, Inc in the above captioned case. The withdrawal is made without prejudice due to bankruptcy proceedings of a defendant in the above captioned case.

Date: June 4, 2020

                                                                           Respectfully Submitted

                                                                           */s/ Richard J. Parks*
                                                                           Gaetan J. Alfano, Esq
                                                                           PA. I.D. # 32971
                                                                           Richard J. Parks, Esq
                                                                           PA. I.D. #40477
                                                                           PIETRAGALLO GORDON ALFANO
                                                                           BOSICK & RASPANTI, LLP
                                                                           1818 Market Street, Suite 3402
                                                                           Philadelphia, PA 19103

5258355v1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PRESIDENTIAL HEALTHCARE CREDIT CORPORATION,<br><br>             Plaintiff,<br>    -v-<br><br>WHITE RABBIT PARTNERS, INC et al<br><br>             Defendant,<br>    -v-<br><br>THE VANGUARD GROUP, INC.<br><br>             Garnishee, | CIVIL DIVISION<br><br>Case No: 19-mc-144 |

## CERTIFICATE OF SERVICE

      The undersigned certifies that on June 4, 2020 the foregoing NOTICE OF WITHDRAWAL OF WRIT OF GARNISHMENT was served on the CM/ECF system which will provide notice to all parties of record. The undersigned further certifies that a copy of the NOTICE OF WITHDRAWAL OF WRIT OF GARNISHMENT was served by U.S. Mail, postage prepaid, upon the following parties.

The Vanguard Group, Inc.
Nichole M. Lobodzinki
C/O The Vanguard Group, Inc.
Office of General Counsel - M35
400 Devon Park Drive
Wayne, PA 19087

                                        Respectfully Submitted

                                        */s/ Richard J. Parks*
                                        Gaetan J. Alfano, Esq
                                        PA. I.D. # 32971
                                        Richard J. Parks, Esq
                                        PA. I.D. #40477
                                        PIETRAGALLO GORDON ALFANO
                                        BOSICK & RASPANTI, LLP
                                        1818 Market Street, Suite 3402
                                        Philadelphia, PA 19103